v.

**ELECTRONICS FOR IMAGING,**
**INC., Defendant–Appellee.**

No. 2015–1178.

United States Court of Appeals, Federal Circuit.

Oct. 16, 2015.

**In re Sheikha Lateefah ALSABAH,**
**Appellant.**

No. 2015–1264.

United States Court of Appeals, Federal Circuit.

Oct. 16, 2015.

David E. Dougherty, Hauptman Ham, LLP, Alexandria, VA, argued for appellant. Also represented by Sean A. Passino.

Monica Barnes Lateef, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by Thomas W. Krause, Mary L. Kelly, Jamie Lynne Simpson.

NEWMAN, CLEVENGER, and O'MALLEY, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**